United States District Court
Southern District of Texas
ENTERED

SEP 25 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

SEP 23 1998

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RANDALL REED, INDIVIDUALLY §
AND AS ASSIGNEE OF JAMES §
HAWKINSON, INJURED §
§ NO. B-97-126
VS. §
§
PENN-AMERICA INSURANCE CO. §

# FINAL JUDGMENT

On or around January 12, 1998, Defendant Penn-America Insurance Co. filed its Motion for Summary Judgment. Plaintiff, Randall Reed responded to the motion and filed his Motion for Partial Summary Judgment on January 23, 1998. Penn America filed its opposition to the Motion for Partial Summary Judgment on January 30, 1998. Penn-America also filed a Supplemental Response to the Motion for Partial Summary Judgment on February 25, 1998.

This Court entered its Memorandum and Order on the pending Motions for Summary Judgment on August 5, 1998. In accordance with the Court's Memorandum and Order of August 5, 1998 and the Parties consent to a trial by a Magistrate, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff, Randall Reed, individually and as Assignee of James Hawkinson, injured, **shall** and **hereby does** take nothing from Defendant Penn-America Insurance Co. It is further

ORDERED, ADJUDGED and DECREED that costs shall be taxed against Plaintiff, Randall Reed. It is further

ORDERED, ADJUDGED and DECREED that all relief not expressly granted herein is hereby DENIED.

SIGNED THIS 23RD day of SEPT, 1998.

_____
U.S. MAGISTRATE JUDGE